IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | | |
|---|---|---|---|
| WENDY MONROY ZAPATA | § | | |
| _Plaintiff_ | § | | |
| | § | | |
| VS. | § | CIVIL ACTION NO. <u>3:22-cv-1608</u> | |
| | § | JURY REQUESTED | |
| LANDSTAR INWAY, INC., | § | | |
| DUVAL SEMI TRAILERS, AND | § | | |
| EDWIN HOLLAND, II | § | | |
| _Defendants_ | § | | |

## **INDEX OF DOCUMENTS BEING FILED WITH NOTICE OF REMOVAL**

| Exhibit | Document Title |
|---|---|
| Ex. A | State Court Docket Sheet; |
| Ex. B | Plaintiff's Original Petition (filed 7/5/2022); |
| Ex. C | Citation for Landstar (7/18/2022); |
| Ex. D | Citation for Edwin Holland (7/18/2022); |
| Ex. E | Citation for Duval (7/18/2022) ; |
| Ex. F | Return of Service for Landstar (7/19/2022); |
| Ex. G | Return of Service for Duval (7/19/2022) |

**{SIGNATURE ON FOLLOWING PAGE}**

Respectfully submitted,

**COX P.L.L.C.**

**CLINTON COX**
State Bar No. 24040738
ccox@coxpllc.com
**Bill W. Sanford**
State Bar No. 24041864
**bsanford@coxpllc.com**
8144 Walnut Hill Lane, Suite 1090
Dallas, Texas 75231
Tel: (214) 444-7050
Fax: (469) 340-1884

**ATTORNEYS FOR DEFENDANT**
**LANDSTAR INWAY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on the 22nd day of July, 2022. A true and correct copy of the foregoing Index of Documents Being Filed was served upon counsel of record in compliance with the Federal Rules of Civil Procedure by e-service, e-mail, certified mail, return receipt requested, telephonic communications, hand delivery and/or U.S. Mail on this the 22nd day of July, 2022

Clinton V. Cox
Bill W. Sanford



**THE COUNTY of DALLAS**
**OFFICE of the COUNTY CLERK**
John F. Warren
**George Allen Sr. Courts Building**
**600 Commerce Street, Suite 101**
**Dallas, TX 75202-3551**

## CERTIFICATE

### CAUSE NO. CC-22-03509-B

**WENDY MONROY ZAPATA, PLAINTIFF(S)**

*vs.*

**LANDSTAR INWAY INC, A CORPORATION, AND DUVAL SEMI TRAILERS, A CORPORATION, AND EDWIN HOLLAND II, AN INDIVIDUAL.** *DEFENDANT(S)*

I, *JOHN F. WARREN, County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*

**DOCKET SHEET,** filed on the 5th day of July, 2022. *The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this* **22nd day of June, 2022.**

*JOHN F. WARREN, County Clerk*
*Dallas County, Texas*

By:_____, *Deputy Clerk*
        **MOMODOU BAYO**



COUNTY COURT AT LAW NO. 2

# DOCKET SHEET

## CASE NO. CC-22-03509-B

| | | |
|---|---|---|
| **WENDY MONROY ZAPATA** | § | Location: **County Court at Law No. 2** |
| vs. | § | Judicial Officer: **BELLAN, MELISSA** |
| **LANDSTAR INWAY INC, A CORPORATION, DUVAL** | § | Filed on: **07/05/2022** |
| **SEMI TRAILERS, A CORPORATION, EDWIN** | § | |
| **HOLLAND II** | | |

### CASE INFORMATION

Case Type: **DAMAGES (COLLISION)**

Case Flags: **LEVEL 2 CASE**

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | CC-22-03509-B |
| Court | County Court at Law No. 2 |
| Date Assigned | 07/05/2022 |
| Judicial Officer | BELLAN, MELISSA |

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **PLAINTIFF** | **MONROY ZAPATA, WENDY** | **KELSO, RHIANNON** |
| | *12222 MERIT DRIVE* | *Retained* |
| | *SUITE 1200* | 214-764-9777(W) |
| | *DALLAS, TX 75251* | *KELSO LAW PLLC* |
| | | *12222 MERIT DRIVE* |
| | | *SUITE 1200* |
| | | *DALLAS, TX 75251* |
| **DEFENDANT** | **DUVAL SEMI TRAILERS, A CORPORATION** | |
| | *1999 BRYAN ST., SUITE 900* | |
| | *DALLAS, TX 75201-3136* | |
| | **HOLLAND II, EDWIN** | |
| | AN INDIVIDUAL | |
| | *106 N SAND ST.* | |
| | *COMANCHE, TX 76442* | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 07/05/2022 | NEW CASE FILED (OCA) | |
| 07/05/2022 | 📄 ORIGINAL PETITION<br>Party: PLAINTIFF MONROY ZAPATA, WENDY<br>*PLAINTIFF S ORIGINAL PETITION* | |
| 07/05/2022 | 📄 ISSUE CITATION<br>Party: PLAINTIFF MONROY ZAPATA, WENDY<br>*ESERVE- ENV. #66405161* | |
| 07/18/2022 | **CITATION (SERVICE)**<br>📄 LANDSTAR INWAY INC, A CORPORATION<br>Served: 07/19/2022<br>*LANDSTAR INWAY* | |
| 07/18/2022 | **CITATION (SERVICE)** | |

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

*Printed on 07/22/2022 at 12:50 PM*

COUNTY COURT AT LAW No. 2

# DOCKET SHEET
## CASE NO. CC-22-03509-B

|  |  |
|---|---|
|  | DUVAL SEMI TRAILERS, A CORPORATION<br>Served: 07/19/2022<br>*DUVAL SEMI TRAILERS, INC.* |
| 07/18/2022 | **CITATION (SERVICE)**<br>HOLLAND II, EDWIN<br>Unserved<br>*EDWIN HOLLAND II* |
| 07/21/2022 | RETURN OF SERVICE<br>Party:  PLAINTIFF  MONROY ZAPATA, WENDY<br>*SERVED LANDSTAR INWAY INC* |
| 07/21/2022 | RETURN OF SERVICE<br>Party:  PLAINTIFF  MONROY ZAPATA, WENDY<br>*SERVED DUVAL SEMI TRAILERS, A CORP* |

| DATE | FINANCIAL INFORMATION |
|---|---|

**PLAINTIFF**  MONROY ZAPATA, WENDY

| | |
|---|---:|
| Total Charges | 374.00 |
| Total Payments and Credits | 374.00 |
| **Balance Due as of  07/22/2022** | **0.00** |



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



**THE COUNTY of DALLAS**
**OFFICE of the COUNTY CLERK**
John F. Warren
**George Allen Sr. Courts Building**
**600 Commerce Street, Suite 101**
**Dallas, TX 75202-3551**

### CERTIFICATE

### CAUSE NO. CC-22-03509-B

**WENDY MONROY ZAPATA, PLAINTIFF(S)**

*VS.*

**LANDSTAR INWAY INC, A CORPORATION, AND DUVAL SEMI TRAILERS, A CORPORATION, AND EDWIN HOLLAND II, AN INDIVIDUAL. *DEFENDANT(S)***

I, ***JOHN F. WARREN****, County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*

**PLAINTIFF'S ORIGINAL PETITION** filed on the 5th day of July, 2022. *The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this **22nd day of June, 2022.***

*****JOHN F. WARREN****, County Clerk*
*Dallas County, Texas*

By:_____, *Deputy Clerk*
**MOMODOU BAYO**



FILED
7/5/2022 9:05 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CC-22-03509-B

CAUSE NO: _____

| | | |
|---|---|---|
| **WENDY MONROY ZAPATA,** *Plaintiff,* | § § § | **IN THE COUNTY COURT AT LAW** |
| **v.** | § § | NO. _____ |
| **LANDSTAR INWAY INC, a corporation, and DUVAL SEMI TRAILERS, a corporation, and EDWIN HOLLAND II, an individual.** *Defendants.* | § § § § § § | **DALLAS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

COMES NOW, Plaintiff, **WENDY MONROY ZAPATA,** and files this original petition against Defendants. LANDSTAR INWAY. INC, a corporation, hereafter "LANDSTAR,", and DUVAL SEMI TRAILERS, a corporation, hereafter "DUVAL" and EDWIN HOLLAND II, an individual, hereafter "HOLLAND," or collectively "DEFENDANTS." In support of this petition, Plaintiff would respectfully show unto the Court as follows:

### I.   RULE 47 STATEMENT OF RELIEF

Plaintiff prefers to have this Honorable Judge, or a jury determine the fair amount of compensation for Plaintiff's damages, and Plaintiff places the decision regarding the amount of compensation to be awarded in this Honorable Judge or jury's hands.  However, pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff is required to provide a statement regarding the amount of monetary relief sought.  Accordingly, Plaintiff seeks only monetary relief over $250,000.00 but not more than $1,000,000.00.

### II.   DISCOVERY CONTROL PLAN- RULE 190.3 LEVEL II

Plaintiffs intend to conduct discovery under **Level 2** of Texas Rule of Civil Procedure 190.3.



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

### III.   PARTIES

Plaintiff WENDY MONROY ZAPATA is an individual residing in Dallas County, Texas.

Defendant, EDWIN HOLLAND II is an individual who may be served with process at defendant's usual place of residence at 106 N Sand St Comanche, Texas 76442 or wherever he may be found. **Issuance of Citation is requested at this time**.

Defendant, LANDSTAR INWAY INC is a corporation doing business in the State of Texas and may be served with process via their registered agent at 1999 Bryan St., Suite 900 Dallas, Texas 75201-3136. **Issuance of Citation is requested at this time**.

Defendant, DUVAL SEMI TRAILERS,INC is a corporation doing business in the State of Texas and may be served with process via their registered agent at 1999 Bryan St., Suite 900 Dallas, Texas 75201-3136. **Issuance of Citation is requested at this time**.

### IV.   VENUE & JURISDICTION

Venue is proper in Dallas County under Texas Civil Practice & Remedies Code section 15.002 because all or a substantial part of the events or omissions giving rise to the claim occurred in Dallas County. The Court has jurisdiction because Plaintiff's damages exceed the jurisdictional limits of the court.

### V.   FACTS

On or about February 27, 2021, Plaintiff WENDY MONROY was safely and prudently driving her vehicle, to wit, a 2018 Nissan Murano. Plaintiff was traveling westbound on Woodall Rodgers Freeway and Pearl Street in the right lane. Defendant HOLLAND was driving a truck tractor and towing a trailer, immediately behind Plaintiff MONROY. The truck trailer owned and or operated by Defendants HOLLAND, LANDSTAR and DUVAL struck the rear end of Plaintiff MONROY's vehicle. The collision caused damage to Plaintiff MONROY's vehicle and her person. The collision

was the sole results of Defendants' acts and/or omissions, singularly or in combination, and as a result of the collision, the Plaintiff suffered injuries and damages that are more fully described below.

## VI.    NEGLIGENCE / NEGLIGENCE *PER SE* OF DEFENDANT BRADFORD

Defendant HOLLAND had a duty to exercise ordinary care and operate his vehicle reasonably and prudently.

Defendant HOLLAND breached the duty of care in the following ways:

a.  Failing to maintain a proper lookout;
b.  Failing to maintain proper control of his vehicle;
c.  Driving his vehicle in a manner which a person of ordinary prudence would have driven under the same or similar circumstances; and

The collision between the parties was caused by the above referenced acts and/or omissions. As a result of the collision, the Plaintiff sustained injuries and damages.

## VII.    RESPONDEAT SUPERIOR – DEFENDANTS LANDSTAR/DUVAL

Defendant HOLLAND'S acts and / or omissions were committed within the scope of his general authority as an employee of Defendants LANDSTAR and DUVAL.    The injuries and damages sustained by Plaintiff were proximately caused by Defendant HOLLAND.    Whenever in this Petition it is alleged that Defendants LANDSTAR and DUVAL did or failed to do any particular act and/or omission, it is meant that Defendant HOLLAND acting individually, or by and through agents, officers, directors, servants, and employees, either did or failed to do that particular act and/or omission, in the course and scope of his employment, agency or contract with Defendants LANDSTAR and DUVAL, and in the furtherance of Defendants' business.    Pursuant to Texas Rule of Civil Procedure 28, any entity doing business under an assumed name may be sued in its assumed name for the purpose of enforcing against it a substantive right.    The collision between the parties



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

was caused by the above referenced acts and/or omissions. As a result of the collision, the Plaintiff sustained injuries and damages.

## VIII.  DAMAGES

Defendant's breach of duty proximately caused injury to the Plaintiff, which resulted in the following damages:

a.  Medical expenses in the past and future;
b.  Lost wages and a diminished capacity to earn wages in the past and future;
c.  Property damage to his personal vehicle;
d.  Loss of use of vehicle;
e.  Physical pain in the past and future;
f.  Mental anguish in the past and future;
g.  Physical impairment in the past and future;
h.  Taxable court costs; and
i.  Prejudgment and post judgment interest.

Plaintiff seeks damages within the jurisdictional limits of this Court.

## IX.  NOTICE OF INTENT

Plaintiff hereby gives notice of his intent to utilize any and all items produced in discovery in any evidentiary hearing or at the trial in this matter, and the authenticity of such documents are self-proven per the Texas Rules of Civil Procedure 193.7.

## X.  MISNOMER / STATUTE OF LIMITATIONS

Plaintiff hereby gives notice that in the event Plaintiff serves a correct defendant under an incorrect name, same is a misnomer. Plaintiff hereby gives notice that any such misnomer was a mistake and notes that the applicable limitations is tolled and an amended petition identifying the defendant's correct name relates back to the date this original petition was filed.

## PRAYER

For these reasons, Plaintiff respectfully asks that the Court issue citation for Defendants to appear and answer, and that Plaintiff be awarded a judgment against Defendant for the following:



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

a.   Actual damages (economic and non-economic);

c.   Prejudgment and post judgment interest;

d.   Court costs; and

e.   All other relief to which plaintiff is entitled.

Respectfully submitted,

**KELSO LAW PLLC**
12222 Merit Drive, Suite 1200
Dallas, Texas 75251
Tel. (214) 764-9777
Fax. (214) 481-2399

By: _____

**RHIANNON KELSO**
Texas Bar No. 24080636
rkelso@kelsolegal.com

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



**THE COUNTY of DALLAS**
**OFFICE of the COUNTY CLERK**
**John F. Warren**
**George Allen Sr. Courts Building**
**600 Commerce Street, Suite 101**
**Dallas, TX 75202-3551**

## CERTIFICATE

### CAUSE NO. CC-22-03509-B

**WENDY MONROY ZAPATA, PLAINTIFF(S)**

*VS.*

## LANDSTAR INWAY INC, A CORPORATION, AND DUVAL SEMI TRAILERS, A CORPORATION, AND EDWIN HOLLAND II, AN INDIVIDUAL. *DEFENDANT(S)*

I, ***JOHN F. WARREN***, *County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*

**CITATION FOR LANDSTAR INWAY INC,** issued on the 18th day of July, 2022. *The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this **22nd day of June, 2022.***

***JOHN F. WARREN**, County Clerk*
*Dallas County, Texas*

By:_____, *Deputy Clerk*
**MOMODOU BAYO**



# THE STATE OF TEXAS
## CITATION

CAUSE NO. **CC-22-03509-B**
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

TO:

**LANDSTAR INWAY INC,
A CORPORATION
1999 BRYAN ST., SUITE 900
DALLAS TX 75201-3136**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

### WENDY MONROY ZAPATA
*Plaintiff(s)*

### VS.

### LANDSTAR INWAY INC, A CORPORATION; DUVAL SEMI TRAILERS, A CORPORATION; EDWIN HOLLAND II
*Defendant(s)*

Filed in said Court on the 5th day of July, 2022, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 18th day of July, 2022 A.D.

JOHN F. WARREN, Dallas County Clerk

By _____, Deputy
Alicia Mata





---

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETITION**

**CC-22-03509-B**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

WENDY MONROY ZAPATA,
*Plaintiff(s)*

VS.

LANDSTAR INWAY INC, A
CORPORATION; DUVAL SEMI
TRAILERS, A CORPORATION;
EDWIN HOLLAND II, *Defendant(s)*

---

**SERVE:**

**LANDSTAR INWAY INC, A
CORPORATION
1999 BRYAN ST., SUITE 900
DALLAS TX 75201-3136**

**ISSUED THIS
18TH DAY OF JULY, 2022**

JOHN F. WARREN, COUNTY CLERK
BY: ALICIA MATA, DEPUTY

---

Attorney for Plaintiff

RHIANNON KELSO
KELSO LAW PLLC
12222 MERIT DRIVE SUITE 1200
DALLAS TX 75251
214-764-9777

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

## OFFICER'S RETURN

CC-22-03509-B   County Court at Law No. 2

WENDY MONROY ZAPATA vs. LANDSTAR INWAY INC, A CORPORATION, DUVAL SEMI TRAILERS, A CORPORATION, EDWIN HOLLAND II

**ADDRESS FOR SERVICE:**
1999 BRYAN ST SUITE 900
DALLAS TX 75201-3136

**Fees:**
Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.m., and executed in _____ County, Texas by delivering to LANDSTAR INWAY INC, A CORPORATION in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
| | | |
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

Serving Petition and Copy     $_____, Officer

Total   $_____                    _____, County, Texas

                                       By: _____, Deputy

                                       _____, Affiant



**THE COUNTY of DALLAS**
**OFFICE of the COUNTY CLERK**
**John F. Warren**
**George Allen Sr. Courts Building**
**600 Commerce Street, Suite 101**
**Dallas, TX 75202-3551**

## CERTIFICATE

## CAUSE NO. CC-22-03509-B

### WENDY MONROY ZAPATA, PLAINTIFF(S)

*vs.*

### LANDSTAR INWAY INC, A CORPORATION, AND DUVAL SEMI TRAILERS, A CORPORATION, AND EDWIN HOLLAND II, AN INDIVIDUAL. *DEFENDANT(S)*

I, *JOHN F. WARREN, County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*

**CITATION FOR EDWIN HOLLAND II,** issued on the 18th day of July, 2022. *The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this* **22nd day of June, 2022.**

*JOHN F. WARREN, County Clerk*
*Dallas County, Texas*

By:_____, *Deputy Clerk*
**MOMODOU BAYO**



# THE STATE OF TEXAS
# CITATION
CAUSE NO. **CC-22-03509-B**
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

TO:

**EDWIN HOLLAND II**
**106 N SAND ST**
**COMANCHE TX 76442**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**WENDY MONROY ZAPATA**
*Plaintiff(s)*

**VS.**

**LANDSTAR INWAY INC. A CORPORATION; DUVAL SEMI TRAILERS, A CORPORATION; EDWIN HOLLAND II**
*Defendant(s)*

Filed in said Court on the 5th day of July, 2022, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 18th day of July, 2022 A.D.

JOHN F. WARREN, Dallas County Clerk

By _Alicia Mata_ , Deputy
    Alicia Mata





TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

---

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETITION**

**CC-22-03509-B**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

WENDY MONROY ZAPATA,
*Plaintiff(s)*

VS.

LANDSTAR INWAY INC. A
CORPORATION; DUVAL SEMI
TRAILERS, A CORPORATION;
EDWIN HOLLAND II, *Defendant(s)*

**SERVE:**

**EDWIN HOLLAND II**
**106 N SAND ST**
**COMANCHE TX 76442**

**ISSUED THIS**
**18TH DAY OF JULY, 2022**

JOHN F. WARREN, COUNTY CLERK
BY: ALICIA MATA, DEPUTY

Attorney for Plaintiff

RHIANNON KELSO
KELSO LAW PLLC
12222 MERIT DRIVE
SUITE 1200
DALLAS TX 75251
214-764-9777

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

## OFFICER'S RETURN

CC-22-03509-B   County Court at Law No. 2

WENDY MONROY ZAPATA vs. LANDSTAR INWAY INC, A CORPORATION, DUVAL SEMI TRAILERS, A CORPORATION, EDWIN HOLLAND II

**ADDRESS FOR SERVICE:**
106 N SAND ST
COMANCHE TX  76442

**Fees:**

Came to hand on the _____ day of _____, 20____, at _____ o'clock ____.m., and executed in _____ County, Texas by delivering to EDWIN HOLLAND II in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

Serving Petition and Copy          $_____, Officer

Total    $_____                    _____, County, Texas

By: _____, Deputy

_____, Affiant



**THE COUNTY of DALLAS**
**OFFICE of the COUNTY CLERK**
**John F. Warren**
**George Allen Sr. Courts Building**
**600 Commerce Street, Suite 101**
**Dallas, TX 75202-3551**

## CERTIFICATE

## CAUSE NO. CC-22-03509-B

### WENDY MONROY ZAPATA, PLAINTIFF(S)

*VS.*

### LANDSTAR INWAY INC, A CORPORATION, AND DUVAL SEMI TRAILERS, A CORPORATION, AND EDWIN HOLLAND II, AN INDIVIDUAL. *DEFENDANT(S)*

I, ***JOHN F. WARREN***, *County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*

**CITATION FOR DUVAL SEMI TRAILERS, ACORPORATION,** issued on the 18th day of July, 2022. *The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this* **22nd day of June, 2022.**

***JOHN F. WARREN***, *County Clerk*
*Dallas County, Texas*

By:_____, *Deputy Clerk*
**MOMODOU BAYO**



# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-22-03509-B
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

TO:

**DUVAL SEMI TRAILERS, A CORPORATION**
**1999 BRYAN ST., SUITE 900**
**DALLAS TX 75201-3136**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**WENDY MONROY ZAPATA**
*Plaintiff(s)*

VS.

**LANDSTAR INWAY INC, A CORPORATION; DUVAL SEMI TRAILERS, A CORPORATION; EDWIN HOLLAND II**
*Defendant(s)*

Filed in said Court on the 5th day of July, 2022, a copy of which accompanies this citation.

**WITNESS:  JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 18th day of July, 2022 A.D.

JOHN F. WARREN, Dallas County Clerk

By_____, Deputy
        Alicia Mata





---

**ATTORNEY**
**CITATION**
**PLAINTIFF'S ORIGINAL PETITION**

**CC-22-03509-B**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

WENDY MONROY ZAPATA,
*Plaintiff(s)*

VS.

LANDSTAR INWAY INC, A
CORPORATION; DUVAL SEMI
TRAILERS, A CORPORATION;
EDWIN HOLLAND II, *Defendant(s)*

**SERVE:**
  **DUVAL SEMI TRAILERS, A**
  **CORPORATION**
  **1999 BRYAN ST., SUITE 900**
  **DALLAS TX 75201-3136**

  **ISSUED THIS**
  **18TH DAY OF JULY, 2022**

JOHN F. WARREN, COUNTY CLERK
BY: ALICIA MATA, DEPUTY

Attorney for Plaintiff

RHIANNON KELSO
KELSO LAW PLLC
12222 MERIT DRIVE SUITE 1200
DALLAS TX 75251
214-764-9777

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

## OFFICER'S RETURN

CC-22-03509-B   County Court at Law No. 2

WENDY MONROY ZAPATA vs. LANDSTAR INWAY INC, A CORPORATION, DUVAL SEMI TRAILERS, A CORPORATION, EDWIN HOLLAND II

**ADDRESS FOR SERVICE:**
1999 BRYAN ST SUITE 900
DALLAS TX  75201-3136

**Fees:**
Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.m., and executed in _____ County, Texas by delivering to DUVAL SEMI TRAILERS, A CORPORATION in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |
|      |           |                                            |

And not executed as to the defendant(s),  _____

The diligence used in finding said defendant(s) being: _____

_____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being:

_____

Serving Petition and Copy      $_____, Officer

Total    $_____          _____, County, Texas

By: _____, Deputy

_____, Affiant



**THE COUNTY of DALLAS**
**OFFICE of the COUNTY CLERK**
**John F. Warren**
**George Allen Sr. Courts Building**
**600 Commerce Street, Suite 101**
**Dallas, TX 75202-3551**

## CERTIFICATE

## CAUSE NO. CC-22-03509-B

**WENDY MONROY ZAPATA, PLAINTIFF(S)**

*vs.*

**LANDSTAR INWAY INC, A CORPORATION, AND DUVAL SEMI TRAILERS, A CORPORATION, AND EDWIN HOLLAND II, AN INDIVIDUAL. *DEFENDANT(S)***

I, *JOHN F. WARREN, County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*

**RETURN OF SERVICE FOR LANDSTAR INWAY INC,** filed on the 21st day of July, 2022. *The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this **22nd day of June, 2022.***

*JOHN F. WARREN, County Clerk*
*Dallas County, Texas*

By:_____, *Deputy Clerk*
**MOMODOU BAYO**



FILED
7/21/2022 2:24 PM
JOHN F. WARREN
Electronically Served COUNTY CLERK
7/18/2022 4:36 PM
DALLAS COUNTY

# THE STATE OF TEXAS
# CITATION
CAUSE NO. **CC-22-03509-B**
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

TO:

    **LANDSTAR INWAY INC,**
    **A CORPORATION**
    **1999 BRYAN ST., SUITE 900**
    **DALLAS TX 75201-3136**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org " Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

WENDY MONROY ZAPATA
*Plaintiff(s)*

VS.

LANDSTAR INWAY INC, A CORPORATION; DUVAL SEMI TRAILERS, A CORPORATION;
EDWIN HOLLAND II
*Defendant(s)*

Filed in said Court on the 5th day of July, 2022, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 18th day of July, 2022 A.D.

JOHN F. WARREN, Dallas County Clerk

By _alicia Mata_ , Deputy
    Alicia Mata





---

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETITION**

**CC-22-03509-B**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

WENDY MONROY ZAPATA,
*Plaintiff(s)*

VS.

LANDSTAR INWAY INC, A
CORPORATION; DUVAL SEMI
TRAILERS, A CORPORATION;
EDWIN HOLLAND II, *Defendant(s)*

---

**SERVE:**

    **LANDSTAR INWAY INC, A**
    **CORPORATION**
    **1999 BRYAN ST., SUITE 900**
    **DALLAS TX 75201-3136**

**ISSUED THIS**
**18TH DAY OF JULY, 2022**

JOHN F. WARREN, COUNTY CLERK
BY: ALICIA MATA, DEPUTY

Attorney for Plaintiff

RHIANNON KELSO
KELSO LAW PLLC
12222 MERIT DRIVE SUITE 1200
DALLAS TX 75251
214-764-9777

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

## OFFICER'S RETURN

CC-22-03509-B   County Court at Law No. 2

WENDY MONROY ZAPATA vs. LANDSTAR INWAY INC, A CORPORATION, DUVAL SEMI TRAILERS, A CORPORATION, EDWIN HOLLAND II

**ADDRESS FOR SERVICE:**
1999 BRYAN ST SUITE 900
DALLAS TX 75201-3136

Fees:
Came to hand on the _19th_ day of _July_ 20 _22_, at _8_ o'clock _A_ .m., and executed in _Dallas_ County, Texas by delivering to LANDSTAR INWAY INC, A CORPORATION in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

Name _Landstar Inway Inc_     Date/Time     Place, Course and Distance from Courthouse
_Bis Reg Agent_     _7/19/22  10:44 AM_     _1999 Bryan St #900, Dallas, Tx 75201_
_CT Corporation System through Kirk Atkins_

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

Serving Petition and Copy    $_____      _____, Officer

Total   $ _80_     _____, County, Texas

By _Scott Bork_ , Deputy

_Psc #8133 Exp 2/27/24_ , Affiant

_Heather Bork_
SUBSCRIBED BEFORE ME
THIS _19_ DAY OF _July_ 20 _22_

_Carrie M Dean_

CARRIE MICHELLE DEAN
Notary Public, State of Texas
Comm. Expires 02-01-2026
Notary ID 133563213

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 66549421
Status as of 7/21/2022 3:27 PM CST

Associated Case Party: WENDY MONROY ZAPATA

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| RHIANNON KELSO | | RKELSO@KELSOLEGAL.COM | 7/21/2022 2:24:36 PM | SENT |





**THE COUNTY of DALLAS**
**OFFICE of the COUNTY CLERK**
**John F. Warren**
**George Allen Sr. Courts Building**
**600 Commerce Street, Suite 101**
**Dallas, TX 75202-3551**

## CERTIFICATE

### CAUSE NO. CC-22-03509-B

**WENDY MONROY ZAPATA, PLAINTIFF(S)**

*vs.*

**LANDSTAR INWAY INC, A CORPORATION, AND DUVAL SEMI TRAILERS, A CORPORATION, AND EDWIN HOLLAND II, AN INDIVIDUAL.** *DEFENDANT(S)*

I, *JOHN F. WARREN, County Clerk of Dallas County and Clerk of the County Courts at Law for the County of Dallas, State of Texas do hereby certify and that the following is a TRUE AND CORRECT COPY OF:*

**RETURN OF SERVICE FOR DUVAL SEMI TRAILERS, A CORPORATION,** filed on the 21st day of July, 2022. *The same appear in the Original now on file and of record in the County Courts at Law of Dallas County, Texas.*

*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this* **22nd day of June, 2022.**

*JOHN F. WARREN, County Clerk*
*Dallas County, Texas*

By:_____, *Deputy Clerk*
   **MOMODOU BAYO**



FILED
7/21/2022 2:27 PM
Electronically Sworn WARREN
7/18/2022 11:25 CLERK
COUNTY CLERK
DALLAS COUNTY

# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-22-03509-B
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

TO:

**DUVAL SEMI TRAILERS, A CORPORATION**
**1999 BRYAN ST., SUITE 900**
**DALLAS TX 75201-3136**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

### WENDY MONROY ZAPATA
*Plaintiff(s)*

### VS.

### LANDSTAR INWAY INC, A CORPORATION; DUVAL SEMI TRAILERS, A CORPORATION;
### EDWIN HOLLAND II
*Defendant(s)*

Filed in said Court on the 5th day of July, 2022, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN.** Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 18th day of July, 2022 A.D.

JOHN F. WARREN, Dallas County Clerk

By _Alicia Mata_____, Deputy
Alicia Mata





---

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETITION**

### CC-22-03509-B

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

WENDY MONROY ZAPATA,
*Plaintiff(s)*

VS.

LANDSTAR INWAY INC, A
CORPORATION; DUVAL SEMI
TRAILERS, A CORPORATION;
EDWIN HOLLAND II, *Defendant(s)*

**SERVE:**
**DUVAL SEMI TRAILERS, A**
**CORPORATION**
**1999 BRYAN ST., SUITE 900**
**DALLAS TX 75201-3136**

**ISSUED THIS**
**18TH DAY OF JULY, 2022**

JOHN F. WARREN, COUNTY CLERK
BY: ALICIA MATA, DEPUTY

Attorney for Plaintiff
RHIANNON KELSO
KELSO LAW PLLC
12222 MERIT DRIVE SUITE 1200
DALLAS TX 75251
214-764-9777

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

## OFFICER'S RETURN

CC-22-03509-B   County Court at Law No. 2

WENDY MONROY ZAPATA vs. LANDSTAR INWAY INC, A CORPORATION, DUVAL SEMI TRAILERS, A CORPORATION, EDWIN HOLLAND II

**ADDRESS FOR SERVICE:**
1999 BRYAN ST SUITE 900
DALLAS TX 75201-3136

Fees:
Came to hand on the _19th_ day of _July_ , 20_22_ , at _8_ o'clock _A_ m., and executed in _Dallas_ County, Texas by delivering to DUVAL SEMI TRAILERS, A CORPORATION in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name Duval Semi Trailers  BIS Reg Agent | Date/Time | Place. Course and Distance from Courthouse |
| CT Corporation System through Kirk Atkins | 7/19/22 10:44am | 1999 Bryan St. #900, Dallas, TX 75201 |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is: _____

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

Serving Petition and Copy      $ _____ , Officer

Total   $ 80

_____ , County, Texas

By Heather Bork , Deputy

PSC#8133 Exp 2/28/24 , Affiant

Heather Bork
SWORN TO AND SUBSCRIBED BEFORE ME
ON THIS _14_ DAY OF _July_ 20_22_

x Carrie M Dean

CARRIE MICHELLE DEAN
Notary Public, State of Texas
Comm. Expires 02-01-2026
Notary ID 133563213

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 66549666
Status as of 7/21/2022 3:37 PM CST
Associated Case Party: WENDY MONROY ZAPATA

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| RHIANNON KELSO | | RKELSO@KELSOLEGAL.COM | 7/21/2022 2:27:42 PM | SENT |

